U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

APR 3 0 2009

CLERK, U.S. DISTRICT COURT
By _____
Deputy

ORIGINAL

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CASE NO.: 3:09-CR-061-K (06) |
| | ) | |
| AVA NANETTE SIMPSON, | ) | |

### REPORT AND RECOMMENDATION
### CONCERNING PLEA OF GUILTY

AVA NANETTE SIMPSON, by consent, under authority of United States v. Dees, 125 F.3d

261 (5th Cir. 1997), has appeared before me pursuant to Fed. R. Crim.P. 11, and has entered a plea

of guilty to **Count 1 of the Indictment** filed on March 3, 2009.   After cautioning and examining

Defendant under oath concerning each of the subjects mentioned in Rule 11, I determined that the

guilty plea was knowledgeable and voluntary and that the offense(s) charged is supported by an

independent basis in fact containing each of the essential elements of such offense.   I therefore

recommend that the plea of guilty and plea agreement be accepted and that Defendant be adjudged

guilty and have sentence imposed accordingly.

Date:   April 30, 2009.


_____
IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE


### NOTICE

Failure to file written objections to this Report and Recommendation within ten (10) days
from the date of its service shall bar an aggrieved party from attacking such Report and
Recommendation before the assigned United States District Judge. 28 U.S.C. §636(b)(1)(B).